UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HILARIO SOLIS,**

    **Petitioner,**

**V.**                                                                    **Civil Action No. 4:23-CV-396-P**

**F.J. GARRIDO,**
**Warden, FMC-Fort Worth,**

    **Respondent.**

## FINAL JUDGMENT

    In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that petitioner Hilario Solis's petition for relief under 28 U.S.C. § 2241 is **DISMISSED** for want of exhaustion, and alternatively, **DISMISSED** as moot.

    **SIGNED** this **30th day** of **August, 2023**.

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**